| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pepper, William A. | 2. Court or Organization District Court Northern MS | 3. Date of Report 05/28/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 305 Main Street Ste 329 Greenville MS 38702 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02-05-96 | SYMETRA FINANCIAL (FORMERLY SAFECO ASSIGNED BENEFITS SERVICE COMPANY) FOR PAYMENT OF LEGAL FEES. PAYMENTS ARE INCLUDED IN INCOME IN PART III. |
| 2. | |
| 3. | |

RECEIVED 2010 JUN -8 A 10: 45 DISCLOSURE OFFICE

Pepper, William A.

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/28/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | Public Employees Retirement System of Mississippi, retirement income | $13,239.00 |
| 2. | 2009 | Earnings from law practice - earned prior to 7/21/99 | $3,002.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/28/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest Pepper & Cossar-Farm land Humphreys County MS | E | Rent | O | W | | | | | |
| 2. Langston Nowell & Pepper rental real estate Cleveland MS | C | Rent | L | W | | | | | |
| 3. REGIONS BANK CLEVELAND MS | A | Interest | J | T | | | | | |
| 4. Cleveland State Bank CLEVELAND MS | A | Interest | L | T | | | | | |
| 5. Cleveland State Bank Cleveland MS | A | Interest | K | T | | | | | |
| 6. Planters Bank & Trust Cleveland MS | D | Interest | L | T | | | | | |
| 7. STATE BANK & TRUST CO Greenwood ms | C | Interest | | | Redeemed | 10/6/09 | L | | |
| 8. FIRST NATIONAL BANK ROSEDALE MS | A | Interest | L | T | Open | 10/13/09 | L | | |
| 9. BROKER ACCOUNT 1 | | | | | | | | | |
| 10. -CAPITAL WORLD GROWTH & INCOME FUND-American Funds | B | Dividend | L | T | | | | | |
| 11. -CAPITAL INCOME BUILDERS A-American Funds | B | Dividend | K | T | | | | | |
| 12. -FEDERATED AMERICAN LEADERS FUND | A | Dividend | | | Sold | 9/22/09 | K | | |
| 13. FEDERATED CLOVER VALUE FUND | | None | K | T | Buy | 9/22/09 | K | | |
| 14. -GOLDMAN SACHS GROWTH & INCOME FUND | A | Dividend | K | T | | | | | |
| 15. LORD ABBETT -AFFILIATED FUND CL A | A | Dividend | L | T | | | | | |
| 16. NEW ECONOMY -FUND CL A- American Funds | | None | L | T | | | | | |
| 17. -SMALLCAP WORLD FUND CL A-American Funds | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/28/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -WASHINGTON MUTUAL INVESTORS | B | Dividend | L | T | | | | | |
| 19. -ZIMMER HOLDINGS | | None | J | T | | | | | |
| 20. -WALGREEN | A | Dividend | J | T | | | | | |
| 21. -VAN KAMPEN UNIT TRUST (VK select unit 613) | A | Dividend | K | T | | | | | |
| 22. -TIFFANY & CO | A | Dividend | J | T | | | | | |
| 23. -DUKE ENERGY | A | Dividend | J | T | | | | | |
| 24. -Edward Jones Money Market fund | A | Dividend | J | T | | | | | |
| 25. BROKER ACCOUNT 2 | | | | | | | | | |
| 26. -AMCAP FUND CL A | A | Dividend | K | T | | | | | |
| 27. -GROWTH FUND OF AMERICA CL A-American Funds | A | Dividend | L | T | | | | | |
| 28. -NEW PERSPECTIVE FUND CL A-American Funds | B | Dividend | L | T | | | | | |
| 29. -WAL-MART COMMON | A | Dividend | J | T | | | | | |
| 30. -AMERICAN MOVIL SA | A | Dividend | | | Donated | | | | |
| 31. -AMERICAN MOVIL SA | | None | J | T | Buy | 12/28/09 | J | | |
| 32. -EDWARD JONES MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 33. -Cheesecake Factory | | None | J | T | | | | | |
| 34. -Walgreen | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/28/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Kraft Foods | A | Dividend | J | T | | | | | |
| 36. -Pfizer | A | Dividend | J | T | | | | | |
| 37. -General Electric | A | Dividend | J | T | | | | | |
| 38. -Regions Financial | A | Dividend | | | Sold | 12/21/09 | J | | |
| 39. -FPL Group | A | Dividend | J | T | | | | | |
| 40. -Berkshire Hathaway | | None | J | T | | | | | |
| 41. BROKER ACCOUNT 3 | | | | | | | | | |
| 42. -FT TEMPLETON FOREIGN FUND C | A | Dividend | K | T | | | | | |
| 43. -FT FRANKLIN CAPITAL GROWTH FUND C | | None | | | Sold | 5/11/09 | K | | |
| 44. -FT FRANKLIN TEMPLETON CUSDODIAN GROWTH FD | A | Dividend | K | | Buy | 5/11/09 | K | | |
| 45. -FRANKLIN TEMPLETON EQUITY INCOME A | A | Dividend | J | T | | | | | |
| 46. -S&P DEPOSITARY RECEIPTS | A | Dividend | K | T | | | | | |
| 47. -TEMPLETON WORLD FUND A | A | Dividend | J | T | | | | | |
| 48. -TEMPLETON FOREIGN FUND A | A | Dividend | J | T | | | | | |
| 49. -TEMPLETON WORLD FUND CL C | A | Dividend | K | T | | | | | |
| 50. -BAXTER INTERNATIONAL | A | Dividend | K | T | | | | | |
| 51. -American Ecology Corp | A | Dividend | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - 2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Clean Energy Fuels | | None | J | T | | | | | |
| 53. -Darling International Inc | | None | J | T | | | | | |
| 54. -Electronic Arts Inc | | None | J | T | | | | | |
| 55. -First Solar Inc | | None | J | T | | | | | |
| 56. -Google Inc | | None | J | T | | | | | |
| 57. -Jacobs Engineering Group | | None | J | T | | | | | |
| 58. -Monsanto Co | A | Dividend | | | Sold | 12/21/09 | J | | |
| 59. -Schlumberger | A | Dividend | J | T | | | | | |
| 60. -Waters Corp | | None | J | T | | | | | |
| 61. -Daily Income Fund money mkt DRTXX | A | Dividend | J | T | | | | | |
| 62. -ENERGY RECOVERY | | None | J | T | Buy | 3/6/09 | J | | |
| 63. IRA 1- LINCOLN NATIONAL LIFE Shareholders Advantage | D | Int./Div. | K | T | | | | | |
| 64. - AMERICAN FUNDS: | | | | | | | | | |
| 65. --AMR AST ALLOC | | | | | Buy (add'l) | 1/12/09 | J | | |
| 66. | | | | | Buy (add'l) | 2/12/09 | J | | |
| 67. | | | | | Buy (add'l) | 3/12/09 | J | | |
| 68. | | | | | Buy (add'l) | 4/09/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/28/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --AMR BLUE CHIP | | | | | Buy (add'l) | 1/12/09 | J | | |
| 70. | | | | | Buy (add'l) | 2/12/09/ | J | | |
| 71. | | | | | Buy (add'l) | 3/12/09 | J | | |
| 72. | | | | | Buy (add'l) | 4/09/09/ | J | | |
| 73. --AMR BOND | | | | | Buy (add'l) | 1/12/09 | J | | |
| 74. | | | | | Buy (add'l) | 2/12/09 | J | | |
| 75. | | | | | Buy (add'l) | 3/12/09 | J | | |
| 76. | | | | | Buy (add'l) | 4/09/09 | J | | |
| 77. --DCA FIXED | | | | | Sold (part) | 1/12/09 | J | | |
| 78. | | | | | Sold (part) | 2/12/09 | J | | |
| 79. | | | | | Sold (part) | 3/12/09 | J | | |
| 80. | | | | | Sold | 4/09/09 | J | | |
| 81. --AMR GBL SM CAP | | | | | Buy (add'l) | 1/12/09 | J | | |
| 82. | | | | | Buy (add'l) | 2/12/09 | J | | |
| 83. | | | | | Buy (add'l) | 3/12/09 | J | | |
| 84. | | | | | Buy (add'l) | 4/09/09 | J | | |
| 85. --AMR GRTH/INC | | | | | Buy (add'l) | 1/12/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/28/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 2/12/09 | J | | |
| 87. | | | | | Buy (add'l) | 3/12/09 | J | | |
| 88. | | | | | Buy (add'l) | 4/09/09 | J | | |
| 89.  --AMR GROWTH | | | | | Buy (add'l) | 1/12/09 | J | | |
| 90. | | | | | Buy (add'l) | 2/12/09 | J | | |
| 91. | | | | | Buy (add'l) | 3/12/09 | J | | |
| 92. | | | | | Buy (add'l) | 4/9/09 | J | | |
| 93.  --HI YIELD BOND | | | | | Buy (add'l) | 1/12/09 | J | | |
| 94. | | | | | Buy (add'l) | 2/12/09 | J | | |
| 95. | | | | | Buy (add'l) | 3/12/09 | J | | |
| 96. | | | | | Buy (add'l) | 4/09/09 | J | | |
| 97.  --AMR INTL | | | | | Buy (add'l) | 1/12/09 | J | | |
| 98. | | | | | Buy (add'l) | 2/12/09 | J | | |
| 99. | | | | | Buy (add'l) | 3/12/09 | J | | |
| 100. | | | | | Buy (add'l) | 4/09/09 | J | | |
| 101.  --AMR GOVT/AAA | | | | | Buy (add'l) | 1/12/09 | J | | |
| 102. | | | | | Buy (add'l) | 2/12/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 3/12/09 | J | | |
| 104. | | | | | Buy (add'l) | 4/09/09 | J | | |
| 105. IRA 3 - | D | Int./Div. | N | T | | | | | |
| 106. - FEDERATED AMERICAN LEADERS FD CL A | | | | | Sold | 9/22/09 | K | | |
| 107. -FEDERATED CLOVER VALUE FD | | | | | Buy | 9/22/09/ | K | | |
| 108. - HARTFORD ADVISORS FD A | | | | | | | | | |
| 109. - HARTFORD DIV & GROWTH A | | | | | | | | | |
| 110. - LORD ABBETT AFFILIATED FD A | | | | | | | | | |
| 111. - HARTFORD MIDCAP A | | | | | | | | | |
| 112. - PUTNAM INVESTORS FUND A | | | | | | | | | |
| 113. - HARTFORD CAP APPREC A | | | | | | | | | |
| 114. - CAPITAL INCOME BUILDERS A- American Funds | | | | | | | | | |
| 115. - CAPITAL WORLD GROWTH & INCOME-American Funds | | | | | | | | | |
| 116. - NEW WORLD FD American Funds | | | | | | | | | |
| 117. - INCOME FUND OF AMERICA-American Funds | | | | | | | | | |
| 118. -INVESTMENT CO OF AMERICA-American Funds | | | | | | | | | |
| 119. -FRANKLIN MUTUAL SHARES FUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/28/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -TEMPLETON GROWTH FUND CL A | | | | | | | | | |
| 121. -FRANKLIN INCOME FUND CL A | | | | | | | | | |
| 122. IRA4- HARTFORD CAP APPREC | | None | J | T | | | | | |
| 123. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pepper, William A.** | 05/28/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 87 in report for 2008 - New World Growth Fund should have been New World Fund A. Same fund is reported in line 116 in report for 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/28/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544